```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                         CRIMINAL NO. 2:18-00058

**REED QUICK**

## MEMORANDUM OPINION AND ORDER

Before the court is Reed Quick's Motion to Continue.  ECF No. 19.  Counsel for Quick requests additional time because the discovery is voluminous, there are multiple potential witnesses, and counsel for defendant needs additional time to speak with defendant regarding the matter.  Id.  Moreover, counsel for defendant represents that preliminary plea discussions are ongoing and seeks additional time to allow these negotiations to run their course.  Id.  Defendant states that he agrees to waive his speedy trial rights.  Id.  The government does not oppose the proposed continuance.  Id.

The court believes that failure to grant the requested continuance would likely prejudice defense counsel's ability to effectively represent the defendant.  Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).  In deciding to grant

defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

Deeming it proper to do so, the court **GRANTS** defendant's motion to continue.

Accordingly, the court **ORDERS** as follows:

I. Trial of this action is continued until **Wednesday, July 25, 2018, at 9:30 a.m.**, in Charleston;

II. Pretrial motions are to be filed on or before **Monday, July 2, 2018**;

III. A pretrial motions hearing is scheduled for **Monday, July 9, 2018 at 1:30 p.m.**, in Charleston;

IV. Proposed voir dire questions, proposed jury instructions, and prospective witness lists are to be filed on or before **Wednesday, July 18, 2018**; and

V. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of defendant's motions until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Office of this court.

**IT IS SO ORDERED** this 5th day of June, 2018.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge