```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO. 2:18-00058

REED QUICK

## MEMORANDUM OPINION AND ORDER

In Charleston, on January 10, 2023, came the defendant, Reed Quick, in person and by counsel, Emily L. Szopinski, Assistant Federal Public Defender; came the United States by Troy D. Adams, Assistant United States Attorney; and came United States Probation Officer Amanda Brookman, for a hearing on the petition to revoke the defendant's term of supervised release.

The court took up defendant's motion to hold the revocation hearing in abeyance. See ECF No. 53. After informing the parties that he had considered their written submissions on the motion, see ECF Nos. 53 and 54, the court **GRANTED** the motion. Accordingly, the court **ORDERED** defendant released from custody and the proceeding continued until further order of the court. Defendant's term of supervised release is subject to all the terms and conditions of release originally imposed as well as the two additional special conditions:

    1)    The defendant shall participate in and successfully complete the 9 to 12 month program at Recovery Point in Bluefield; and

2) Defendant shall comply with all rules and regulations at Recovery Point.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Department of this court.

**IT IS SO ORDERED** this 10th day of January, 2023.

ENTER:

David A. Faber
Senior United States District Judge